## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Marvin B. Smith, III and | ) | Chapter 7 |
| Sharon H. Smith, | ) | |
| Debtors. | ) | Case No. 07-20244 |

| | | |
|---|---|---|
| Marvin B. Smith, III and | ) | |
| Sharon H. Smith, | ) | Contested Matter |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| HSBC BANK USA, | ) | **FILED** |
| | ) | at 12 O'clock & 14 min P M |
| HSBC BANK USA, N.A., | ) | Date 6/18/19 |
| | ) | |
| HSBC BANK USA, National Association | ) | United States Bankruptcy Court |
| as Trustee for the Holders of | ) | Brunswick, Georgia |
| BCAP LLC Trust 2006-AA2, | ) | |
| | ) | |
| Patrick J. Burke, Pres./CEO of HSBC Bank USA, N.A., | ) | |
| | ) | |
| Balch & Bingham, LLP, | ) | |
| Geremy Gregory, Agent for Balch & Bingham LLP, | ) | |
| Christopher Anulewicz, Agent for Balch & Bingham LLP, | ) | |
| | ) | |
| McGuire Woods, LLP, | ) | |
| Paul A. Rogers, Agent for McGuire Woods, LLP, | ) | |
| Thomas R. Walker, Agent for McGuire Woods, LLP, | ) | |
| Jarrod S. Mendel, Agent for McGuire Woods, LLP, | ) | |
| | ) | |
| Rubin Lublin, LLC, | ) | |
| Peter Lublin, Agent of Rubin Lublin, LLC, | ) | |
| Bret Chaness, Agent of Rubin Lublin, LLC, | ) | |
| | ) | |
| Ronnie Perry Realty Co., Inc. and | ) | |
| Jill Jernigan, Agent/Broker for Ronnie Perry Realty Co., Inc) | | |
| | ) | |
| Respondents. | ) | |

## **NOTICE OF APPEAL**

1

Marvin B. Smith, III and Sharon H. Smith, Debtors/Plaintiffs, appeal under 28 U.S.C.

158(a) from the June 7, 2019 <u>Order Denying Emergency Motion to Enforce Discharge Injunction</u>

<u>and Motion for Contempt</u> of U.S. Bankruptcy Judge, The Honorable Michele J. Kim.

The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

R. Michael Souther
P.O. Box 978
Brunswick, GA  31521
Telephone:  912-265-5544
*Chapter 7 Trustee*

Matthew Mills
2 East Bryan Street, Ste. 725
Savannah, GA  31401
Telephone:  912-652-4112
*U.S. Trustee*

Jennifer R. Burbine
Thomas R. Walker
Paul A. Rogers
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
Telephone:  912-443-5736
*Attorneys for HSBC Bank USA, HSBC Bank USA,N.A. and*  HSBC Bank USA, N.A. National
Association as Trustee for Holders of BCAP LLC Trust 2006-AA2

McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
Telephone:  912-443-5736

Thomas R. Walker
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
Telephone:  912-443-5736

Paul A. Rogers
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
Telephone: 912-443-5736

Jarrod S. Mendel
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
Telephone: 912-443-5736

Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
Telephone: 404-261-6020

Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
Telephone: 404-261-6020

Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
Telephone: 404-261-6020

Bret Chaness
Peter Lublin
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
Telephone: 678-281-2730
*Pro se and attorney for Rubin Lublin, LLC and Peter Lublin*

Ronnie Perry Realty Co., Inc.
3144 Cypress Mill Road
Brunswick, GA 31525
Telephone: (912) 399-3996

Jill Jernigan
Ronnie Perry Realty Co., Inc.
3144 Cypress Mill Road
Brunswick, GA 31525
Telephone:  (912) 399-3996

Patrick J. Burke
President and CEO of HSBC Bank USA, N.A.
2929 Walden Avenue
Depew, NY 14043
Email:  Patrick.j.burke@us.hsbc.com

Respectfully submitted this 18th day of June, 2019.

P.O. Box 22063
St. Simons Island, Georgia  31522
(912) 268-8117
smbsmith@comcast.net

Marvin B. Smith, III

Sharon H. Smith

*Debtors/Movants*

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Marvin B. Smith, III and | ) | Chapter 7 |
| Sharon H. Smith, | ) | |
| Debtors. | ) | Case No. 07-20244 |

| | | |
|---|---|---|
| Marvin B. Smith, III and | ) | |
| Sharon H. Smith, | ) | Contested Matter |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| HSBC BANK USA, | ) | |
| | ) | |
| HSBC BANK USA, N.A., | ) | |
| | ) | |
| HSBC BANK USA, National Association | ) | |
| as Trustee for the Holders of | ) | |
| BCAP LLC Trust 2006-AA2, | ) | |
| | ) | |
| Patrick J. Burke, Pres./CEO of HSBC Bank USA, N.A., | ) | |
| | ) | |
| Balch & Bingham, LLP, | ) | |
| Geremy Gregory, Agent for Balch & Bingham LLP, | ) | |
| Christopher Anulewicz, Agent for Balch & Bingham LLP, | ) | |
| | ) | |
| McGuire Woods, LLP, | ) | |
| Paul A. Rogers, Agent for McGuire Woods, LLP, | ) | |
| Thomas R. Walker, Agent for McGuire Woods, LLP, | ) | |
| Jarrod S. Mendel, Agent for McGuire Woods, LLP, | ) | |
| | ) | |
| Rubin Lublin, LLC, | ) | |
| Peter Lublin, Agent of Rubin Lublin, LLC, | ) | |
| Bret Chaness, Agent of Rubin Lublin, LLC, | ) | |
| | ) | |
| Ronnie Perry Realty Co., Inc. and | ) | |
| Jill Jernigan, Agent/Broker for Ronnie Perry Realty Co., Inc) | | |
| | ) | |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

1

We certify that we have this day served the parties below with a copy of this:

**NOTICE OF APPEAL (from Order Denying Emergency Motion to Enforce Discharge**

**Injunction and Motion for Contempt)**

R. Michael Souther
P.O. Box 978
Brunswick, GA 31521
*Chapter 7 Trustee*

Matthew Mills
2 East Bryan Street, Ste. 725
Savannah, GA 31401
*U.S. Trustee*

Thomas R. Walker
Paul A. Rogers
Jarrod S. Mendel
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534
*Attorneys for HSBC Bank USA, HSBC Bank USA,N.A. and* that HSBC Bank USA, N.A. National
Association as Trustee for Holders of BCAP LLC Trust 2006-AA2

McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534

Thomas R. Walker
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534

Paul A. Rogers
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534

Jarrod S. Mendel
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, GA 30309-3534

Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308

Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308

Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308

Bret Chaness
Peter Lublin
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
*Pro se and attorney for Rubin Lublin, LLC and Peter Lublin*

Ronnie Perry Realty Co., Inc.
3144 Cypress Mill Road
Brunswick, GA 31525

Jill Jernigan
Ronnie Perry Realty Co., Inc.
3144 Cypress Mill Road
Brunswick, GA 31525

Patrick J. Burke
President and CEO of HSBC Bank USA, N.A.
2929 Walden Avenue
Depew, NY 14043


By placing the same in the United States Mail with sufficient postage affixed thereon to assure
delivery.

3

Respectfully submitted this 18th day of June, 2019.

Marvin B. Smith, III

Sharon H. Smith
Debtors/Movants *Pro se*

P.O. Box 22063
St. Simons Island, Georgia  31522
(912) 268-8117
smbsmith@comcast.net