# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| SCOTT L. POFF<br>CLERK | OFFICE OF THE CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA  31521 | TELEPHONE (912)280-1330 |

## NOTICE AND CLERK'S CERTIFICATION OF SERVICE TO COUNSEL AND PARTIES OF RECORD

**DATE:** 8/1/2019

**TO:** Marvin B. and Sharon H. Smith

**SUBJECT:** DOCKETING OF BANKRUPTCY APPEAL

Please take notice that the appeal listed below has been docketed in this Court:

**CAPTION:** Smith et al v. HSBC Bank USA et al

**BANKRUPTCY CASE NUMBER:** 07-20244

**ADVERSARY PROCEEDING NUMBER:**

**DISTRICT COURT NUMBER ASSIGNED:** 2:19-cv-73

**DATE DOCKETED IN THE DISTRICT COURT:** 6/20/2019

**APPELLANT BRIEF DUE:** 8/31/2019

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: s/Candy Asbell
Deputy Clerk